UNITED STATES DISTRICT COURT OF THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOMISHA LECLAIR, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF A.S., A MINOR,<br><br>                        Plaintiff,<br><br>vs.<br><br>GLAXOSMITHKLINE LLC,<br><br>                        Defendant. | CIVIL ACTION NO. 1:15-cv-10429 |

**JOINT MOTION REGARDING FILING OF
PLAINTIFF'S AMENDED COMPLAINT AND GSK'S RESPONSIVE PLEADING**

Defendant GlaxoSmithKline LLC ("GSK") and Plaintiff Tomisha LeClair, individually and as parent and natural guardian of A.S., by and through their respective counsel of record, jointly move as follows:

1.     GSK was served with Plaintiffs' Complaint on April 27, 2015.  GSK's response to the Complaint is due on or before May 18, 2015.

2.     Pursuant to Local Rule 7.1(A)(2), on May 13, 2015, counsel for GSK contacted counsel for Plaintiff to confer regarding GSK's anticipated motion to dismiss.  Counsel for both parties conducted an in-person meeting on May 15, 2015, to resolve or narrow the issues in dispute.

3.     The parties were able to reach agreement on many of the issues raised in GSK's anticipated motion to dismiss.  As a result, Plaintiff plans to file an amended complaint that will, among other things, pare down the causes of action asserted against GSK.

1

4. Despite their good faith efforts to resolve matters in dispute, the parties have a difference of opinion as to the viability of certain causes of action that will remain in the Complaint after it is amended.  GSK therefore anticipates that it will file a motion to dismiss for failure to state a claim with respect to those claims.

5. Accordingly, the parties request that this Court permit: (1) Plaintiff to file an Amended Complaint on or before May 26, 2015; and (2) GSK to file a responsive pleading fourteen (14) days after the filing of Plaintiff's Amended Complaint.

WHEREFORE, the parties respectfully request that this Court:

a. Allow their joint motion;

b. Grant Plaintiff leave to file an Amended Complaint on or before May 26, 2015;

c. Extend the deadline for GSK to file a responsive pleading until fourteen (14) days after Plaintiff files her Amended Complaint; and

d. Grant such other relief as this Court deems just and appropriate.

Dated:  May 18, 2015

Respectfully submitted,

*/s/ Robert K. Jenner*
_____
Robert K. Jenner
Brian D. Ketterer
Kimberly A. Dougherty (BBO No. 658014)
Jessica H. Meeder
JANET, JENNER & SUGGS, LLC
31 St. James Ave., Suite 365
Boston, MA 02116
Telephone: (617) 933-1265
Facsimile:  (410) 653-9030
rjenner@myadvocates.com
kdougherty@myadvocates.com

*Counsel for Plaintiff*

*/s/ J. Christopher Allen, Jr.*
_____
J. Christopher Allen, Jr. (BBO # 648381)
Mark D. Seltzer (BBO # 556341)
NIXON PEABODY, LLP
100 Summer Street
Boston, MA 02110
Telephone:  (617)345-1000
Facsimile: (617)345-1300
callen@nixonpeabody.com
mseltzer@nixonpeabody.com

611164 v1

*Of Counsel:*

Madeleine M. McDonough
SHOOK, HARDY & BACON L.L.P.
1155 F Street NW, Suite 200
Washington, D.C. 20004
Telephone:  (202)783-8400
Facsimile:  (202)783-4211
mmcdonough@shb.com

*Counsel for Defendant GlaxoSmithKline LLC*

## CERTIFICATE OF SERVICE

I, J. Christopher Allen, Jr., do hereby certify that on May 18, 2015, I electronically filed the foregoing with the Court using the CM/ECF system and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing:

/s/  J.  Christopher  Allen,  Jr.
J. Christopher Allen, Jr.