# UNITED STATES DISTRICT COURT OF THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOMISHA LECLAIR, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF A.S., A MINOR, <br><br> Plaintiff, <br><br> vs. <br><br> GLAXOSMITHKLINE LLC, <br><br> Defendant. | CIVIL ACTION NO. 1:15-cv-10429 |

## DEFENDANT GLAXOSMITHKLINE LLC'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3, Defendant GlaxoSmithKline LLC ("GSK") states that it is owned, through several layers of wholly owned subsidiaries, by GlaxoSmithKline plc, a publicly traded limited company organized under the laws of England. To the knowledge of GSK, none of the shareholders of GlaxoSmithKline plc owns beneficially ten percent or more of its outstanding shares. However, the Bank of New York Mellon ("BNYM") serves as the Depositary for the company's American Depositary Shares ("ADSs") listed on the New York Stock Exchange, each representing two Ordinary Shares in GlaxoSmithKline plc. In that capacity, BNYM is the holder of more than ten percent of the outstanding shares in GlaxoSmithKline plc.

Respectfully submitted,
GLAXOSMITHKLINE LLC,
By its attorneys,

*/s/ J. Christopher Allen, Jr.*
J. Christopher Allen, Jr. (BBO # 648381)
Mark D. Seltzer (BBO # 556341)
NIXON PEABODY, LLP
100 Summer Street
Boston, MA 02110
Telephone: (617)345-1000
Facsimile: (617)345-1300
callen@nixonpeabody.com
mseltzer@nixonpeabody.com

*Of Counsel:*

Madeleine M. McDonough
SHOOK, HARDY & BACON L.L.P.
1155 F Street NW, Suite 200
Washington, D.C. 20004
Telephone: (202)783-8400
Facsimile: (202)783-4211
mmcdonough@shb.com

**CERTIFICATE OF SERVICE**

I, J. Christopher Allen, Jr., do hereby certify that on May 18, 2015, I electronically filed the foregoing with the Court using the CM/ECF system and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing:

 */s/ J. Christopher Allen, Jr.*
J. Christopher Allen, Jr