UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
IN RE: ZOFRAN (ONDANSETRON)         )
PRODUCTS LIABILITY LITIGATION       )    MDL No. 1:15-md-2657-FDS
                                    )
This Document Relates To:           )
                                    )
    All Actions                     )
_____)

# MDL Order No. 30
## February 5, 2019

## ORDER GOVERNING SCHEDULING OF PHASE 5, GROUP 1 CASE-SPECIFIC EXPERT DISCOVERY AND *DAUBERT* AND DISPOSITIVE MOTIONS

**SAYLOR, J.**

This order shall govern case-specific expert discovery and *Daubert* and dispositive motions in all Phase 5, Group 1 cases under MDL Order Nos. 25 and 27. Group 2 case-specific deadlines shall be the subject of a separate, subsequent order.

   **1.    Disclosure of Case-Specific Expert Reports and Depositions.**

   A.   Plaintiffs' case-specific expert disclosures under Fed. R. Civ. P. 26(a)(2), including expert reports, shall be served on or before March 1, 2019.

   B.   GSK's case-specific expert disclosures under Fed. R. Civ. P. 26(a)(2), including expert reports, shall be served on or before March 22, 2019.

   C.   Depositions of case-specific experts shall conclude by May 24, 2019.

   D.   Should any case-specific expert appear in more than one case for a party, the deposing party shall be entitled to (1) a deposition, limited to case-specific opinions only, subject to normal time limits, for the first deposition and (2) a deposition not to exceed 3 hours for any subsequent

deposition absent leave of court.  In the event the case-specific expert previously offered opinions on generic causation issues and was deposed on those issues, the case-specific expert may not be deposed on those again, except to a limited degree necessary to develop the testimony in a specific case.  However, if the case-specific expert offers new and/or different generic causation opinions, the case-specific expert may be deposed on those new and/or different generic causation issues.

**2. Case-Specific Motions.**

    A. Motions to exclude or limit case-specific expert testimony or opinions pursuant to Fed. R. Evid. 702 or *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and case-specific dispositive motions for any Group 1, Phase 5 case shall be filed by June 21, 2019.

    B. Responses in opposition shall be filed by July 19, 2019.

    C. Replies in support shall be filed by July 31, 2019.

**So Ordered.**

Dated:  February 5, 2019

/s/  F. Dennis Saylor
F. Dennis Saylor, IV
United States District Judge