UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: ZOFRAN (ONDANSETRON)
PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO. 1:15-md-2657-FDS

**AMENDED JUDGMENT**

**This judgment applies to all cases listed in
Appendix A**

D.J. Saylor , Chief

_____   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED:**

1. Defendant's renewed motion for summary judgment based on federal preemption is GRANTED.

ROBERT M. FARRELL
CLERK OF COURT

Dated:  7/8/2021                         By  /s/  Leonardo T. Vieira
                                              Deputy Clerk